# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 40521**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Travis C. BAKER**
First Lieutenant (O-2), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 29 July 2024

————————————

*Military Judge*: Julie L. Pitvorec (pretrial motion); Brian C. Mason.

*Sentence*: Sentence adjudged 5 June 2023 by GCM convened at Buckley Space Force Base, Colorado. Sentence entered by military judge on 19 June 2023: Dismissal, confinement for 12 days, and a reprimand.

*For Appellant*: Lieutenant Colonel Jarett Merk, USAF; Captain Samantha M. Castanien, USAF.

*For Appellee*: Lieutenant Colonel J. Pete Ferrell, USAF; Mary Ellen Payne, Esquire.

Before ANNEXSTAD, DOUGLAS, and WARREN, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The findings are correct in law and the sentence as entered is correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), Uniform Code of Military Justice

(UCMJ), 10 U.S.C. §§ 859(a), 866(d) (*Manual for Courts-Martial, United States* (2024 ed.)). Accordingly, the findings and sentence are **AFFIRMED**.



FOR THE COURT

CAROL K. JOYCE
Clerk of the Court